IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION



DAPHNE PATTERSON,

Plaintiff,

v.

Civil Action No. 3:10-CV-368

RICHMOND SCHOOL OF HEALTH &
TECHNOLOGY, INC.,

Defendant.

## ORDER

THIS MATTER comes before the Court for consideration of a Report and Recommendation by the Magistrate Judge on the proposed Settlement Agreement and Release filed by the parties in the above-captioned matter. (Doc. No. 11). It appearing that the Magistrate Judge made full inquiry and findings, that the parties were given notice of the right to file specific objections to the Report and Recommendation, and that no objection has been asserted within the prescribed time period, it is hereby ORDERED that the Report and Recommendation of the Magistrate Judge is ADOPTED. The parties are DIRECTED to file a jointly proposed dismissal of this action.

Let the Clerk send a copy of this Order to all counsel of record.

It is SO ORDERED.

/s/
James R. Spencer
Chief United States District Judge

Entered this 24TH day of November 2010.